NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5020, -5028

SOUTHERN NUCLEAR OPERATING COMPANY,
ALABAMA POWER COMPANY, and
GEORGIA POWER COMPANY,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims
98-CV-614, Senior Judge James F. Merow.

ON MOTION

### O R D E R

The United States submits a supplemental status report concerning the stay of proceedings in this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The stay of proceedings is lifted. Any other pending motions are moot.

(2)    The United States' opening brief is due no later than May 27, 2010. Further extensions of time should not be anticipated.

FOR THE COURT

MAY 0 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

JAN HORBALY
CLERK

cc:    M. Stanford Blanton, Esq.
       Harold D. Lester, Jr., Esq.

s19